Argued and submitted March 27, sentence vacated; remanded for resentencing; otherwise affirmed April 25, 1990

## STATE OF OREGON,
*Respondent,*

*v.*

## BILLIE RAY SMALL,
*Appellant.*

(88-648; CA A60117)

790 P2d 48

Sally L. Avera, Acting Public Defender, Salem, argued the cause and filed the brief for appellant.

Janet Klapstein, Assistant Attorney General, Salem, argued the cause for respondent. With her on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Graber, Presiding Judge, and Riggs and Edmonds, Judges.

## PER CURIAM

Defendant pled guilty to assault in the first degree. ORS 163.185. The trial court ordered "that defendant be sentenced to twenty (20) years, with a ten (10) year minimum[.]" The court also found that defendant was a dangerous offender, ORS 161.725, and "therefore ordered that [he] be sentenced to an additional twenty (20) years, with a minimum of ten (10) years, * * * said sentence to run concurrently" with the sentence for assault in the first degree. He assigns error only to the sentence.

Defendant contends that "[t]he trial court erred in sentencing [him] for the underlying crime while also imposing a separate sentence for being a dangerous offender." The state concedes, and we agree, that the court erred. *State v. Downs,* 69 Or App 556, 686 P2d 1041 (1984). We reject the state's suggestion that we treat the error as "harmless" on the ground that the second sentence was to be concurrent rather than consecutive. We also decline the invitation to modify the sentence ourselves. *See Coulter v. Maass,* 97 Or App 636, 776 P2d 1318, *rev den* 308 Or 500 (1989).

Sentence vacated; remanded for resentencing; otherwise affirmed.